UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

PLUMBERS & STEAMFITTERS LOCAL NO. 434
401(k) RETIREMENT PLAN,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH & WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
MARKET RECOVERY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
ORGANIZING FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
SUPPLEMENTAL PENSION FUND,
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,
and TERRY HAYDEN and CHARLES FALCH,
in their capacities as Trustees of THE FUNDS,,

        Plaintiffs,

        vs.         Case No. 04-C-0639

PRIME MECHANICAL, LLP,

        Defendant.

_____

**ORDER FOR JUDGMENT**
_____

Upon the records, files and proceedings herein,

**IT IS HEREBY ORDERED** that judgment in the amount of $10,474.59 be entered

against Defendant Prime Mechanical, LLP and in favor of the above-captioned Plaintiffs, Plumbers & Steamfitters Local No. 434 401(k) Retirement Plan, Plumbers & Steamfitters Local No. 434 Health & Welfare Fund, Plumbers & Steamfitters Local No. 434 Market Recovery Fund, Plumbers & Steamfitters Local 434 Union Assessment Fund, Plumbers & Steamfitters Local No. 434 Education Fund, Plumbers & Steamfitters Local No. 434 Organizing Fund, Plumbers & Steamfitters Local No. 434 Industry Fund, Plumbers & Steamfitters Local 434 Supplemental Pension Fund, Plumbers & Pipefitters National Pension Fund, and Terry Hayden and Charles Falch, in their capacities as Trustees (the "Funds").

Dated this 26th day of September, 2007.

BY THE COURT:

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief District Judge