# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

PLUMBERS & STEAMFITTERS LOCAL NO. 434
    401(k) RETIREMENT PLAN,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    HEALTH & WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    MARKET RECOVERY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    ORGANIZING FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
    SUPPLEMENTAL PENSION FUND,
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, and
TERRY HAYDEN and CHARLES FALCH, in their capacities
    as Trustees of THE FUNDS,

    Plaintiffs,

    V.        CASE NUMBER: **04-C-639**

**PRIME MECHANICAL, LLP,**

    Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that upon stipulation of the parties, judgment is entered in favor of the plaintiffs and against the defendant in the amount of $10,474.59.**

**This action is hereby DISMISSED.**

| **September 26, 2007** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |

*APPROVED AS TO FORM:*

*s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*
*Chief Judge*

*September 26, 2007*
*Date*